EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:  Virgilio J. González Pérez | 2022 TSPR 111  209 DPR ___ |
|---|---|

Número del Caso:  TS-15,218


Fecha:  30 de agosto de 2022


Abogado de la parte peticionaria:

    Por derecho propio


Oficina de Inspección de Notarías:

    Lcdo. Manuel E. Ávila De Jesús
    Director


Materia:  Reinstalación al ejercicio de la abogacía.


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re:*

Virgilio J. González Pérez          TS-15,218

RESOLUCIÓN

En San Juan, Puerto Rico, a 30 de agosto de 2022.

Examinada la *Moción en cumplimiento de orden y en solicitud de remedios* que presentó el Lcdo. Virgilio J. González Pérez en la queja AB-2022-0042, se le reinstala al ejercicio de la abogacía únicamente.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo. El Juez Asociado señor Estrella Martínez y el Juez Asociado señor Colón Pérez proveerían no ha lugar a la reinstalación.

Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo